USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Javier Torres Sanchez, *et al.*,

        Plaintiffs,

–v–

KTG Multiservices, Inc., *et al.*,

        Defendants.

21-cv-751 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the current discovery disputes and motion for sanctions, *see* Dkt. Nos. 40-41, the Court hereby ADJOURNS the post-discovery conference to November 19, 2021 at 3:00 PM.

    SO ORDERED.

Dated: September 29, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge