UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAVIER TORRES SANCHEZ et al.,    :

                                                     :        <u>ORDER</u>
                        Plaintiffs,

                                                     :        21 Civ. 751 (AJN) (GWG)
   -v.-

                                                     :
KTG MULTISERVICES, INC. et al.,
                                                     :

                    Defendants.    :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      For the reasons stated at the oral argument held today, plaintiffs' application for sanctions under Rule 37 of the Federal Rules of Civil Procedure, <u>see</u> Letter from Josef Nussbaum, dated September 23, 2021 (Docket # 40), is granted.  Plaintiffs shall be entitled to all attorney's fees attributable to defendants' failure to timely produce the documents at issue.  Plaintiffs shall provide their position as to the amount of attorney's fees by means of a filing made on or before November 17, 2021.  Any response may be filed by November 24, 2021.  Any reply shall be due December 1, 2021.

      SO ORDERED.

Dated:  November 8, 2021
           New York, New York

                                                             GABRIEL W. GORENSTEIN
                                                             United States Magistrate Judge