# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, STE. 207, GREAT NECK, NY 11021
WEB: WWW.HAMRALAWGROUP.COM

KEVIN JOHNSON, ESQ..  T: 646.590.0571
KJOHNSON@HAMRALAWGROUP.COM  F: 646.619.4012

January 26, 2022

**VIA ECF:**
Judge Alison J. Nathan
US District Court – SDNY
Thurgood Marshall US Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/2022

**RE:** *Javier Torres Sanchex, et al. v. KTG Multiservices, et al.*
Case No. 1:21-cv-00751-AJN-GWG
LETTER MOTION FOR ADJOURNMENT OF BRIEFING SCHEDULE

To Your Honor:

This office represents Defendants in the above action and write to request an adjourned briefing schedule. The Parties previously filed and the Court endorsed a briefing schedule at Docket No. 58. Defendants propose the following amended briefing schedule:

February 3, 2022 Submission of Motion Papers

March 3, 2022 Opposition Papers

March 17, 2022 Reply Papers

SO ORDERED.

*[signature]*
1/26/2022

Defense counsel spoke with Plaintiffs' counsel via email and he has consented to the application and proposed schedule.

Defendants thank the Court for its time and attention to this matter.

Sincerely,

Kevin Johnson, Esq.

CC VIA EMAIL/ECF:
Josef Nussbaum, Esq.
*jnussbaum@jk-llp.com*