# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

January 4, 2023

<u>VIA ECF</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

The request is GRANTED. The parties shall adhere to the deadlines set forth herein.

Dated: January 4, 2023
       New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge

Re: *Sanchez, et al, v. KTG Multiservices Inc., et al*,
21 CV 751 (JLR)(GWG)

Dear Judge Rochon,

We represent Plaintiffs in the above-referenced matter. We write, on behalf of all Parties, to respectfully request a short adjournment to the dates by which the Parties' joint pretrial materials are due (as originally set forth in the Dkt. No. 86), as follows:

| | Current due date | Requested due date |
|---|---|---|
| Draft jury instructions and Joint Pretrial Order (including exhibits list) | January 13, 2022 | January 30, 2023 |
| Responses to draft jury instructions and Joint Pretrial Order | January 27, 2022 | February 13, 2023 |
| Joint Pretrial Order, motions in limine, and all other pretrial submissions filing | February 13, 2022 | February 27, 2023 |
| Opposition to motions in limine, if any | February 20, 2022 | March 6, 2023 |

   This is the Parties' first request for an extension of these dates and it will not affect the dates of the final pretrial conference and commencement of trial which are scheduled for May 31, 2023 and June 5, 2023, respectively.

   Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

 <u>s/ *Josef Nussbaum*</u>

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640


cc: All Counsel of Record (via ECF)