UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER TORRES SANCHEZ, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> KTG MULTISERVICES, INC., et al., <br><br> Defendants. | 21-cv-00751 (JLR) (GWG) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 19, 2023, the Court ordered the parties to submit all required pretrial submissions in accordance with the Court's Individual Rules by February 13, 2023. ECF No. 86. The parties later received an extension until February 27, 2023. ECF No. 88. The parties submitted only a joint pre-trial order and proposed jury instructions on February 27, 2023. ECF Nos. 91, 92. However, the parties did not include copies of deposition transcripts, "with color coded highlighting indicating the portions designated by either party and the objections listed in the margins"; a joint proposed verdict form; or joint proposed *voir dire* questions. *See* Rochon Individual Rules of Civil Practice, Section 5(A)-(B). The parties shall submit copies of their deposition transcripts, a proposed joint verdict form, and a joint proposed *voir dire* questions by **Wednesday, May 10, 2023**.

Dated: May 8, 2023
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge