# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

May 30, 2023

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:   *Sanchez, et al, v. KTG Multiservices Inc., et al*,
              **21 CV 751 (JLR)(GWG)**

Dear Judge Rochon,

      We represent Plaintiffs in the above-referenced matter. We write, in accordance with the Court's Order earlier today, to provide counsel's contact info as follows:

      Josef Nussbaum
      Lucas C. Buzzard
      (212) 688-5640 (Office)
      (718) 915-5304 (Mobile)
      jnussbaum@jk-llp.com
      lucas@jk-llp.com

      We thank the Court for its attention to this matter.

      Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)