# HAMRA LAW GROUP, PC.

1 LINDEN PLACE, SUITE 207, GREAT NECK, NEW YORK 11021
WEB: WWW.HAMRALAWGROUP.COM

KEVIN S. JOHNSON, ESQ.                                              T: 646-590-0571
KJOHNSON@HAMRALAWGROUP.COM

June 6, 2023

**VIA ECF**                                                    MEMORANDUM ENDORSED
Honorable Gabriel W. Gorenstein
U.S. District Court - Southern District of New York
500 Pearl Street
New York, New York 10007

*RE:*     **Sanchez et al v. KTG Multiservices, Inc. et al**
          *Case No.:* **1:21-cv-00751-JLR-GWG**

## LETTER MOTION FOR ADJOURNMENT OF SETTLEMENT CONFERENCE

To Your Honor:

This office and the undersigned represent the named Defendants in this action, currently scheduled for trial before your Honor on July 11, 2023, at 9:00 am. A virtual Settlement Conference is currently scheduled for June 7, 2023, with submissions due at 3pm on June 6, 2023. Defendants' counsel and counsel for Plaintiffs write concurrently to respectfully request an adjournment of the scheduled June 7, 2023, virtual Settlement Conference to June 23, 2023, at 2:30pm, to be held remotely. The Parties conferred with the Court prior to the submission of the letter herein.

Defendants and Plaintiffs and their respective counsel thank the Court for its time and attention to this matter.

Sincerely,

/s/ **Kevin S. Johnson**
Kevin S. Johnson, Esq.

This letter incorrectly states that the settlement conference is scheduled to take place virtually.  In fact, it is scheduled to take place in Courtroom 6-B at 500 Pearl Street.  The request to adjourn that conference to June 23, 2023, at 2:30 pm is granted.  Docket # 108 remains in effect except that the settlement submissions required by Docket # 108  shall be due four business days before the conference, or June 16, 2023.  Construing this letter as a request to hold the settlement conference remotely, it is denied without prejudice for failure to specify whether the parties are seeking to hold the conference by video or telephonically.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
June 6, 2023