# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

June 23, 2023

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

        Re:    *Sanchez, et al, v. KTG Multiservices Inc., et al*,
                     21 CV 751 (JLR)(GWG)

Dear Judge Rochon,

      We represent Plaintiffs in the above-referenced matter. We write, on behalf of Plaintiffs and Defendants (the "Parties"), to respectfully inform the Court that the Parties have agreed to enter into a consent judgment in this case. Attached hereto as "Exhibit A" is a copy of the proposed judgment that the Parties have agreed to. Accordingly, the Parties jointly respectfully request that the Court (1) enter judgment against Defendants, jointly and severally, in the amount of $350,000, and (2) cancel the trial scheduled to commence on July 11, 2023.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

    s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640


cc: All Counsel of Record (via ECF)