# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER TORRES SANCHEZ and OSCAR DAVID POSADA,

        Plaintiffs,

v.

KTG MULTISERVICES INC., ANDREA CATALINA GONZALEZ, ALVEIRO ECHEVERRI, and ROSA MARTINEZ,

        Defendants.

21 CV 751 (JLR)(GWG)

**[PROPOSED] JUDGMENT**

WHEREAS this action was scheduled for a jury trial to commence on July 11, 2023; and

WHEREAS the Defendants in this action have conceded liability to the Plaintiffs in the amount of $350,000;

It is NOW THEREFORE HEREBY, ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall enter judgment as follows:

1. Judgment shall be entered in favor Plaintiffs Javier Torres Sanchez and Oscar David Posada, and opt-in Plaintiff Luis Carlos Lopez, and against Defendants KTG Multiservices Inc., Andrea Catalina Gonzalez, Alveiro EcheverrI, and Rosa Martinez, jointly and severally, in the amount of three hundred and fifty thousand dollars ($350,000.00) (the "Judgment Amount");

2. The aforementioned Judgment Amount shall be subject to post-judgment interest from the date this judgment is entered until the date these judgment amounts are fully satisfied at the rate fixed pursuant to 28 U.S.C. § 1961.

      3.      Pursuant to New York Labor Law § 198(4), any or all of the Judgment Amount which is not paid within ninety (90) days of the date of this Judgment shall be automatically increased at the rate of 15% of the Judgment.

Dated:_____                         _____
                                                                   Hon. Jennifer L. Rochon, U.S.D.J.