UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER TORRES SANCHEZ and OSCAR DAVID POSADA, <br><br> Plaintiffs, <br> v. <br><br> KTG MULTISERVICES INC., ANDREA CATALINA GONZALEZ, ALVEIRO ECHEVERRI, and ROSA MARTINEZ, <br><br> Defendants. | 21 CV 751 (JLR)(GWG) <br><br> NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 68, Plaintiffs Javier Torres Sanchez and Oscar David Posada, and opt-in Plaintiff Luis Lopez accept Defendants KTG Multiservices Inc., Andrea Catalina Gonzalez, Alveiro Echeverri, and Rosa Martinez's Offer of Judgment of $350,000 in the above captioned action. Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. Rule 68 is attached hereto as Exhibit A.

Dated:  New York, New York
        June 30, 2023

Dated: July 5, 2023
       New York, New York
**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: */s/ Josef Nussbaum*
    Josef Nussbaum
    32 Broadway, Suite 601
    New York, NY 10004
    Tel: (212) 688-5640

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Josef Nusbaum, an attorney duly admitted to practice before this Court, certifies that on June 30, 2023, he caused the within acceptance of Rule 68 offer of judgment to be served on Defendants' counsel via email and ECF filing.

<i><u>/s/ Josef Nussbaum</u></i><br>
Josef Nussbaum

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER TORRES SANCHEZ and OSCAR DAVID POSADA,<br><br>                Plaintiffs,<br>v.<br><br>KTG MULTISERVICES INC., ANDREA CATALINA GONZALEZ, ALVEIRO ECHEVERRI, and ROSA MARTINEZ,<br><br>                Defendants. | **21 CV 751 (JLR)(GWG)**<br><br>**RULE 68 OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants KTG Multiservices Inc., Andrea Catalina Gonzalez, Alveiro Echeverri, and Rosa Martinez ("Defendants"), by and through their Attorneys, Hamra Law Group, P.C., and the undersigned, hereby offer to Plaintiffs Javier Torres Sanchez and Oscar David Posada, and opt-in Plaintiff Luis Carlos Lopez ("Plaintiffs") to take a judgment against Defendants in the total amount of $350,000.00, jointly and severally against each Defendant, which offer encompasses all of Plaintiff's Causes of Action contained in the Complaint, based upon facts existing as of the date of acceptance of the offer. This offer of judgment is made for the purposes specified in Fed R. Civ. P. Rule 68 and is not to be construed as an admission that Defendants are liable in this action on any of Plaintiffs' causes of action, that Defendants have in any manner or way violated any of Plaintiffs' rights or the rights of any other person or entity, or that Plaintiffs have suffered any damages.

If Plaintiffs do not accept this offer, in writing, within 14 days after service of this offer upon him, this offer will be deemed rejected. If the judgment Plaintiffs obtain against Defendants, if any, is not more favorable than this Offer of Judgment, Plaintiffs must pay Defendants all costs they incur after this offer.

If this offer is accepted it shall be subject to post-judgment interest from the date judgment is entered until the date the judgment is fully satisfied at the rate fixed pursuant to 28 U.S.C. § 1961.

Pursuant to New York Labor Law § 198(4), if this offer is accepted and judgment is entered, any or all of the judgment which is not paid within ninety (90) days of the date of the judgment shall be automatically increased at the rate of 15% of the judgment amount.

Dated:  Great Neck, New York
        June 30, 2023

HAMRA LAW GROUP, P.C.

*Kevin S. Johnson*

By:    Kevin S. Johnson, Esq.
*Attorneys for Defendants*
1 Linden Place, Suite 207
Great Neck, NY 11021
Tel: (646) 590-0571
kjohnson@hamralawgroup.com

TO VIA EMAIL:

    Josef Nussbaum
    D. Maimon Kirschenbaum
    Lucas C. Buzzard
    JOSEPH & KIRSCHENBAUM LLP
    32 Broadway, Suite 601
    New York, NY 10004
    Tel: (212) 688-5640
    Fax: (212) 688-2548
    Maimon@jk-llp.com
    jnussbaum@jk-llp.com
    lucas@jk-llp.com