UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAVIER TORRES SANCHEZ and OSCAR DAVID POSADA, <br><br> Plaintiffs, <br> v. <br><br> KTG MULTISERVICES INC., ANDREA CATALINA GONZALEZ, ALVEIRO ECHEVERRI, and ROSA MARTINEZ, <br><br> Defendants. | 21 CV 751 (JLR)(GWG) <br><br> **NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. Rule 68, Plaintiffs Javier Torres Sanchez and Oscar David Posada, and opt-in Plaintiff Luis Lopez accept Defendants KTG Multiservices Inc., Andrea Catalina Gonzalez, Alveiro Echeverri, and Rosa Martinez's Offer of Judgment of $350,000 in the above captioned action. Defendants' Offer of Judgment pursuant to Fed. R. Civ. P. Rule 68 is attached hereto as Exhibit A.

Dated: New York, New York
      July 10, 2023

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: _/s/ J. Nussbaum_
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
Tel: (212) 688-5640

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

  Josef Nusbaum, an attorney duly admitted to practice before this Court, certifies that on July 10, 2023, he caused the within acceptance of Rule 68 offer of judgment to be served on Defendants' counsel via email and ECF filing.

             */s/ Josef Nussbaum*
             Josef Nussbaum