UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVIER TORRES SANCHEZ and OSCAR DAVID POSADA,

        Plaintiffs,

v.

KTG MULTISERVICES INC., ANDREA CATALINA GONZALEZ, ALVEIRO ECHEVERRI, and ROSA MARTINEZ,

        Defendants.

21 CV 751 (JLR)(GWG)

**[PROPOSED] JUDGMENT**

WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants KTG Multiservices Inc., Andrea Catalina Gonzalez, Alveiro Echeverri, and Rosa Martinez ("Defendants") having offered to allow judgment to be entered against them, jointly and severally, and in favor of Plaintiffs Javier Torres Sanchez, Oscar David Posada and Luis Lopez ("Plaintiffs"); and

WHEREAS the offer of judgment encompasses all of Plaintiff's Causes of Action contained in the Complaint, based upon facts existing as of the date of acceptance of the offer; and

WHEREAS Plaintiffs having confirmed acceptance of Defendants offer of judgment; and

WHEREAS Defendants' offer of judgment is not to be taken as an admission of liability or wrongdoing on the part of the Defendants, it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of $350,000.00 against the Defendants, jointly and severally, and in favor of Plaintiffs shall be entered encompassing all of Plaintiffs' Causes of Action contained in the Complaint in this Action.

Dated: New York, New York
       July __, 2023

By: _____
      Clerk of Court